[No. 30048-2-I.   Division One.   September 7, 1993.]

WASHINGTON MUTUAL SAVINGS BANK, *Respondent*, v.
RICHARD C. HEDREEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02062-2, Richard M. Ishikawa, J., entered January 7, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield, J., and Sweeney, J. Pro Tem.

[Nos. 28373-1-I; 28407-0-I.   Division One.   September 7, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY CONRAD
TYMONY, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 90-1-00318-0, LeRoy McCullough, J., entered April 10, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Coleman, J.

[No. 30024-5-I.   Division One.   September 7, 1993.]

WASHINGTON LAND & CATTLE, INC., ET AL, *Respondents*, v.
PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH
COUNTY, ET AL, *Defendants*, KAYAK POINT
CITIZENS' GROUP, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-00177-2, Richard J. Thorpe, J., entered January 9, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.